# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01551-HEA |
| ) | |
| CAPTAIN BERTRICE THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. On November 18, 2024, self-represented plaintiff filed this civil rights action. For payment of the required filing fee, he refers the Court to his in forma pauperis motion granted in his prior case, *Aunhkhotep v. Doe, et al.*, No. 4:24-cv-00703-NCC. The Court will not take notice of plaintiff's in forma status in his prior case, and will order him to complete a new application to proceed in district court without prepaying fees and costs reflecting his current income and assets. *See* 28 U.S.C. § 1915(a); Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis."); Local Rule 2.05(C) ("The Clerk shall return any complaint or petition that is submitted for filing in forma pauperis which is not accompanied by an affidavit as required by 28 U.S.C. § 1915(a)).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $405 filing fee or submit a new application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 20th day of November, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE