## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01551-HEA |
| ) | |
| CAPTAIN BATRICE THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on defendants Batrice Thomas and Raymond Brown's motion for an extension of time to file a responsive pleading.[1] For the reasons stated in the motion, the motion will be granted. Defendants shall file their responsive pleading on or before April 30, 2025.

**IT IS HEREBY ORDERED** that defendants Batrice Thomas and Raymond Brown's motion for an extension of time to file a responsive pleading is **GRANTED**. [ECF No. 10]

**IT IS FURTHER ORDERED** that defendants shall file their responsive pleading on or before April 30, 2025.

**IT IS FURTHER ORDERED** that the Clerk of Court shall modify the docket sheet to reflect the correct spelling of defendant Captain Batrice Thomas's name.

Dated this 25th day of March, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff incorrectly spelled defendant Batrice Thomas's name in his complaint. The Court will order the Clerk of Court to correct the docket to reflect the proper spelling of defendant Batrice Thomas's name.