UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| AUNHK RA AUNHKHOTEP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:24-cv-01551-HEA |
| | ) | |
| CAPTAIN BATRICE THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On March 25, 2025, counsel with the office of the St. Louis City Counselor's Office advised that service would not be waived for defendants Bruce Borders or Lorenzo Chapman because the City was unable to contact them.[1] Pursuant to the Memorandum of Understanding dated December 20, 2018, between the City Counselor's Office and the Court, the City Counselor will not provide defendants' last known addresses as a matter of course, but only by Court order. Therefore, the Court will order counsel to submit, under seal and *ex parte*, the last known addresses for defendants Bruce Borders and Lorenzo Chapman.

Accordingly,

**IT IS HEREBY ORDERED** that counsel shall file, under seal and *ex parte*, the last known home addresses for defendants Bruce Borders and Lorenzo Chapman within twenty-one (21) days of the date of this Order.

---

[1] Both defendants were incorrectly identified in plaintiff's complaint. The Court will order the Clerk of Court to correct the docket sheet to reflect the correct names of these defendants: Bruce Borders and Lorenzo Chapman.

-2-

**IT IS FURTHER ORDERED** that the Clerk of Court shall modify the docket sheet to reflect the correct names of defendants Bruce Borders and Lorenzo Chapman.

Dated this 26th day of March, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE