UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:24-cv-01551-HEA |
| CAPTAIN BATRICE THOMAS, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter is before the Court upon the *ex parte* and sealed correspondence from the St. Louis City Counselor's Office providing the last known residential addresses for defendants Bruce Borders and Lorenzo Chapman. Because plaintiff Aunhk Ra Aunhkhotep is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the addresses provided in docket number 13. *See* Fed. R. Civ. P. 4(c)(3).  A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon defendants Bruce Borders and Lorenzo Chapman at the addresses provided in docket number 13.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this  27th day of  March, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE