1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01551-HEA |
| ) | |
| CAPTAIN BATRICE THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

### OPINION, MEMORANDUM AND ORDER

This matter is before the Court on self-represented plaintiff Aunhk Ra Aunhkhotep's motion to preserve evidence. Plaintiff's motion seeks an order preserving any video or audio recordings defendants may have made of the incident that occurred on April 29, 2024. He states that such an order will "avoid any potential editing or deletion of the incident recorded." ECF No. 7 at 1. The motion will be denied. The Court has not yet issued a case management order or authorized discovery in this case. It is not clear from plaintiff's motion whether defendants filmed or recorded any incident involving plaintiff on April 29, 2024. Moreover, plaintiff has not presented any factual allegations, beyond his bare assertions, that defendants might improperly edit or delete potential evidence. Finally, defendants are under an obligation to preserve potentially relevant evidence under their control. Any failure to preserve such evidence might lead to sanctions for spoliation of evidence. *See Greyhound Lines, Inc. v. Wade*, 485 F.3d 1032, 1035 (8th Cir. 2007).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for order directing preservation of any and all relevant video/audio recordings is **DENIED**. [ECF No. 7]

Dated this 23rd day of April, 2025.

                                            HENRY EDWARD AUTREY
                                      UNITED STATES DISTRICT JUDGE