RECEIVED
APR 28 2025
BY MAIL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP. | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:24-CV-01551-HEA |
| BATRICE THOMAS, et. al., | ) |
| Defendants. | ) |

**RESPONSE TO DEFENDANTS'**
**NOTICE OF RETURN RECEIPT OF MAIL FILING**

Plaintiff, Aunhk Ra Aunhkhotep, hereby responds to Defendants' Notice of Return Receipt of Mail, filed with the Court on April 18, 2025. [**Doc. #18**].

1. On April 23, 2025, Plaintiff received, via US mail, Defendants' Notice of Return Receipt of Mail, filing.

2. Plaintiff hereby specifically responds to the 'last paragraph' of Defendants' filing.

3. In that filing, Defendants' counsel accuses Plaintiff of *'refusing to accept certified mail at the address Plaintiff has provided.'* [**See page 1, paragraph #3**].

4. Defendants' counsel has not provided the Court with an *'iota'* of evidence to either suggest or prove that Plaintiff has "refused receipt, will refuse receipt or has a history of refusing receipt of certified mail" sent from St. Louis City Counselor's Office.

5. Plaintiff further contends that, counsel's assertion of such false claim is a conspicuous attempt to make it appear Plaintiff is engaging in behavior that circumvents the communicative process in this proceeding. Plaintiff has not and will not in any way reject correspondence sent to Plaintiff from Defendants. Plaintiff further request that Defendant's counselor refrain from accusing Plaintiff of engaging in behavior that counsel has no proof

occurred.

Dated this 24rd day of April, 2025

/s/ *Aunhk Ra Aunhkhotep*
Aunhk Ra Aunhkhotep
5411 Robin Avenue
St. Louis, MO 63120

### CERTIFICATE OF SERVICE

I hereby certify the foregoing was hand-delivered to staff at St. Louis City Law Department, on this 24rd day of April, 2025, for delivery to Attorney J. Hollman.

/s/ *Aunhk Ra Aunhkhotep*
Aunhk Ra Aunhkhotep, *Plaintiff*

---

[1] Plaintiff asks the Court to take judicial notice that Plaintiff has never engaged in the practice of refusing to accept correspondence or certified mail from St. Louis City Counselor's Office and, attorneys representing clients in a previous federal case involving Plaintiff, has never accused Plaintiff of refusal or the *continuing* refusal to accept certified mail sent from that office to Plaintiff. Moreover, Plaintiff is almost never home when mail is delivered; therefore, it is impossible for Plaintiff to reject receipt of certified mail sent by counselor.

unhK Ra Aunhkhdep
5411 Robin Ave
t. Louis, MO 63120

SAINT LOUIS MO 630

25 APR 2025 PM 4 L



**RECEIVED**

APR 28 2025

BY MAIL

Office of the Clerk
United States District Court
Eastern District of Missouri
111 South Tenth Street
St. Louis, MO 63102

63102-112894