RECEIVED
MAY 12 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:24-CV-01551-HEA |
| CAPTAIN BATRICE THOMAS, et al., | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION OPPOSING DEFENDANTS' MOTION TO DISMISS FEDERAL COMPLAINT

NOW COMES, Plaintiff, Aunhk Ra Aunhkhotep, hereby opposes defendants' motion to dismiss Plaintiff's federal complain. In support, Plaintiff states the following.

1. Plaintiff states claims against defendants upon which relief may be granted.

2. Taking Plaintiff's allegations against defendants as true, and construing those allegations under clearly established federal law, and in light most favorable to Plaintiff, Plaintiff sufficiently alleges facts entitling Plaintiff to relief.

3. Plaintiff submits hereto memorandum of law in support of Plaintiff's motion opposing defendants' motion to dismiss Plaintiff's federal complaint.

WHEREFORE, Plaintiff prays for a Court order denying defendants' motion to dismiss on all grounds. Plaintiff further request the Court to issue any other order it deems just and proper to assure justice prevails.

Dated this 12th day of May, 2025.

Respectfully Submitted,

/s/ *[signature]*

Aunhk Ra Aunhkhotep, **Plaintiff**
5411 Robin Avenue
St. Louis, MO 63120
Tel-314-285-6193
Email; aunhkhotepaunhk2gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was hand-delivered on this 12th day of May, 2025, to the following recipient.

Attorney Jay Hollman
Assistant City Counselor
1200 Market Street, Room 314
City Hall
St. Louis, MO 63103

*[signature]*

2