# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 17, 2026

Aunhk Ra Aunhkhotep
5411 Robin Avenue
Saint Louis, MO  63120

     RE:  26-1665  Aunhk Aunhkhotep v. Batrice Thomas, et al

Dear Aunhk Ra Aunhkhotep:

     Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                        Susan E. Bindler
                        Clerk of Court

DNS

Enclosure(s)

cc:    Clerk, U.S. District Court, Eastern District of Missouri
       Jay Michael Hollman

      District Court/Agency Case Number(s):  4:24-cv-01551-CMS

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1665
_____

Aunhk Ra Aunhkhotep

Plaintiff - Appellant

v.

Captain Batrice Thomas, Individual capacity; Raymond Brown, Individual capacity; Bruce
Borders; Lorenzo Chapman

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01551-CMS)

_____

**JUDGMENT**

Before LOKEN, KELLY, and STRAS, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and

orders that this appeal be dismissed for lack of jurisdiction as premature.

April 17, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler