# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1665

Aunhk Ra Aunhkhotep

Appellant

v.

Captain Batrice Thomas, Individual capacity, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01551-CMS)

---

## MANDATE

In accordance with the judgment of April 17, 2026, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

May 08, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit