UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AUNHK RA AUNHKHOTEP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-01551-CMS |
| | ) | |
| CAPTAIN BATRICE THOMAS, | ) | |
| | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court pursuant to its March 26, 2026, Memorandum and Order (Doc. 39) and Plaintiff's Motion for Reconsideration, (Doc. 45). Plaintiff's Complaint will be dismissed with prejudice.

On March 26, 2026, this Court entered a Memorandum and Order dismissing Plaintiff's Complaint with leave to amend due to obvious and various pleading deficiencies in the Complaint. (Doc. 39). The Order concluded, "If Plaintiff does not file an amended complaint by May 26, 2026, the Court shall dismiss this case with prejudice and without further notice to Plaintiff." (Doc. 39 at 5).

Plaintiff subsequently filed a notice of appeal on April 8, 2026. (Doc. 40). On April 17, 2026, the Eighth Circuit Court of Appeals ordered that Plaintiff's

1

appeal "be dismissed for lack of jurisdiction as premature." (Doc. 43). The formal mandate issued on May 8, 2026. (Doc. 44).

Plaintiff then filed a Motion for Reconsideration in this Court on May 15, 2026. (Doc. 45). In that motion, Plaintiff acknowledged that this Court had directed Plaintiff to file an amended complaint by May 26, 2026, or face dismissal with prejudice. (Doc. 45 at 2). Instead of filing an amended complaint, Plaintiff requested in his Motion for Reconsideration that this Court "expedite entry of its memorandum and order adjudicating the case so that Plaintiff can file a timely" notice of appeal. (Doc. 45 at 2).

Based on this Court's March 26, 2026, Memorandum and Order, (Doc. 39), Plaintiff's failure to file an amended complaint, and Plaintiff's request in his Motion for Reconsideration that the Court dismiss the case with prejudice, (Doc. 45), the Court will dismiss Plaintiff's Complaint (Doc. 1) with prejudice.

<strong>CONCLUSION</strong>

Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 1st day of June, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE

2